## BFC GAS COMPANY, LC; BFC Electric Company, LC, Plaintiffs–Appellants

### v.

## GYPSUM SUPPLY CO., doing business as Gypsum Supply Co. of Cedar Rapids, Defendant–Appellee.

### No. 15–1031.

### United States Court of Appeals, Eighth Circuit.

### Submitted: Dec. 7, 2015.

### Filed: Jan. 26, 2016.

Kathryn S. Barnhill, Barnhill & Associates, West Des Moines, IA, Mark Anthony Critelli, Critelli Law Firm, PC, Urbandale, IA, for Plaintiff–Appellants.

Philip A. Burian, Simmons & Perrine, Cedar Rapids, IA, for Defendant–Appellee.

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

[Unpublished]

PER CURIAM.

In this diversity action involving negligence claims, BFC Gas Company and BFC Electric Company appeal from the order and judgment of the District Court[1] excluding their expert witness opinions and granting Gypsum Supply Company's motion for summary judgment. Following careful review, we affirm these rulings for the reasons given in the District Court's order. *See* 8th Cir. R. 47B. To the extent appellants challenge the subsequent order imposing sanctions, we lack jurisdiction because appellants did not timely appeal this order. *See Dieser v. Cont'l Cas. Co.,* 440 F.3d 920, 924 (8th Cir.2006). We deny the pending motion to supplement the record.

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the